UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
RUSSELL ARNOLD, JANET D'ARCY, ROSA :
DIETIKER, VIOLET FARMER, SUSAN :
FORTSON, DEBBIE OSTWINKLE, NINA :
OWENS, GRACIE RUSSELL, TERESA :
SEXTON, LENEISA WILLOUGHBY, :
 :
    Plaintiffs, : Civil Action
v. : No. 04-11186-GAO
 :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
 :
    Defendants. :
---------------------------------- x

## NOTICE OF APPEARANCE

    Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 23, 2004                            Respectfully submitted,
    Boston, Massachusetts

                                                /s/Matthew J. Matule
                                                Matthew J. Matule (BBO #632075)
                                                SKADDEN, ARPS, SLATE,
Of Counsel:                                 MEAGHER & FLOM LLP
Barbara Wrubel                       One Beacon Street
Katherine Armstrong               Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,          (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                             Counsel for Defendant
                                                  Boehringer Ingelheim Pharmaceuticals, Inc.